# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20CR3298-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| Mario Corona Solorzano | **ORDER ON MOTION TO PROCEED VIA VIDEOCONFERENCE OR TELECONFERENCE** |
| Defendants. | |

**Good cause appearing, IT IS HEREBY ORDERED** that the Change of Plea Proceeding in the above-referenced matter be allowed to proceed via videoconference or teleconference to avoid serious harm to the interests of justice. The plea will be scheduled in front of the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: January 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1